```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


PAMELA PARKER, ATTORNEY-IN-FACT ON )
BEHALF OF PEARL DUNN,              )
                                   )   2:05-cv-2446-GEB-KJM
                    Plaintiff,     )
                                   )   ORDER
     v.                            )
                                   )
MERCK & CO., INC., a corporation;  )
MCKESSON CORPORATION, a            )
corporation; AMERISOURCEBERGEN DRUG)
CORPORATION, a corporation; DOES 1 )
to 100; PHARMACEUTICAL DEFENDANT   )
DOES 101 to 200; and DISTRIBUTOR   )
DEFENDANT DOES 201 to 300,         )
inclusive,                         )
                                   )
                    Defendants.    )
                                   )
```

Presently, hearings are scheduled for January 30, 2006, on Defendant Merck's ("Defendant") motion to stay this action pending a decision by the Judicial Panel on Multidistrict Litigation ("MDL Panel") on whether this action should be transferred to Multidistrict Litigation proceeding No. 1657 ("MDL-1657") and Plaintiff's motion to remand this action to state court. Since this action was included in the MDL Panel's January 10, 2006, Conditional Transfer Order and will likely be transferred to MDL-1657, judicial economy is served by

1  deferring consideration of the pending motions.  Therefore, the
2  hearings on these motions are continued to May 8, 2006, at 9:00 a.m.
3  The Scheduling Conference set for March 20, 2006, is vacated.
4  Defendant shall file a status report no later than April 17, 2006, in
5  which it shall only explain the status of its effort to transfer this
6  action to MDL-1657.
7          IT IS SO ORDERED.
8  Dated:  January 24, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge